**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 10-60472-CIV-UNGARO

DAWN CAPRONE,

     Plaintiff,

v.

BAIN CAPITAL PARTNERS, LLP,

     Defendant.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises.  Pursuant to this Court's April 9, 2010, Scheduling Order, the parties were required to file their Joint Scheduling Report no later than May 21, 2010.  It appears from a review of the record that the parties have failed to timely file the required scheduling report.  It is

ORDERED and ADJUDGED that Plaintiff shall show cause in writing no later than **May 25, at 5:00 p.m.,** why this case should not be dismissed for failure to file a timely Joint Planning and Scheduling Report.  In the alternative, Plaintiff may file the Joint Planning and Scheduling Report by that time.  Plaintiff is advised that failure to comply with this Order will result in the dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of May, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record