UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60472- CIV- UNGARO/SIMONTON

DAWN CAPRONE, on her own behalf and
others similarly situated,

    Plaintiff,

v.

BAIN CAPITAL PARTNERS, LLP,
a foreign limited liability partnership,

    Defendant.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE (D.E. 6) AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, DAWN CAPRONE, without any Defendant having yet appeared in the case, hereby responds to the Court's 05/24/2010 Order to Show Cause [D.E.6] regarding the filing of a joint scheduling report, and also dismisses her case without prejudice, all as follows:

    As cause for not filing a joint scheduling report of the parties, Plaintiff would show that she is the only party to date. The record reflects no return of service has been made and that Defendant not otherwise appeared in this case. Thus, Defendant is not before the Court, and there is no representative with whom for Plaintiff to confer about discovery and scheduling planning or with whom to prepare any joint report. In short, completion of any binding Rule 16 or 26 procedures is not possible until Defendant appears. On such a record, Plaintiff did not intend any disrespect to the Court and was fully prepared to review the status with the Court at the upcoming planning conference. Plaintiff submits that these circumstances constitute good cause for discharging the Court's Order to Show Cause (D.E. 6).

Moreover, there is a question regarding the addition or substitution of one or more defendants as potentially responsible parties for the alleged claims. Accordingly, until such matters are determined, Plaintiff, DAWN CAPRONE, hereby voluntarily dismisses her claim without prejudice pursuant to Federal Rule 41.

Dated: May 25, 2010
Boca Raton, Florida

Respectfully submitted,

**/s/GREGG I. SHAVITZ**
Gregg I. Shavitz, Esquire (FBN 11398)
E-mail: gshavitz@shavitzlaw.com
Hal B. Anderson, Esquire (FBN 93051)
E-mail: hal.anderson@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Florida Hwy, Suite 404
Boca Raton, Florida 33432
Tel: (561) 447-8888; Fax: (561) 447-8831
Attorneys for Plaintiff